IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: David T. Schultz |
| | U.S. Magistrate Judge |
| v. | Case No: 22-cr-223 MJD/DTS |
| | Date: September 20, 2022 |
| Aimee Marie Bock(1), | Courthouse: Minneapolis |
| | Courtroom: 9E |
| Defendant, | Time Commenced: 2:53 p.m. |
| | Time Concluded: 2:55 p.m. |
| | Time in Court: 2 minutes |

APPEARANCES:

Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
Defendant: Kenneth Udoibok,
   X Retained

Date Charges Filed: 9/13/2022

Offense: conspiracy to commit wire fraud; wire fraud; conspiracy to commit federal programs bribery; federal programs bribery; conspiracy to commit money laundering; money laundering

X Advised of Rights

on   X Indictment

X **Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

_s/JAM_
Signature of Courtroom Deputy