# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# AMENDED INITIAL APPEARANCE

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | **AMENDED** COURTROOM MINUTES - CRIMINAL | |
| | ) | BEFORE: David T. Schultz | |
| Plaintiff, | ) | U.S. Magistrate Judge | |
| | ) | | |
| v. | ) | Case No: | 22-cr-223 NEB/TNL |
| | ) | Date: | September 20, 2022 |
| Aimee Marie Bock(1), | ) | Courthouse: | Minneapolis |
| | ) | Courtroom: | 9E |
| Defendant, | ) | Time Commenced: | 2:53 p.m. |
| | ) | Time Concluded: | 2:55 p.m. |
| | | Time in Court: | 2 minutes |

## APPEARANCES:

Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
Defendant: Kenneth Udoibok,
      X Retained

Date Charges Filed: 9/13/2022     Offense: conspiracy to commit wire fraud; wire fraud; conspiracy to commit federal programs bribery; federal programs bribery; conspiracy to commit money laundering; money laundering

X Advised of Rights

on     X Indictment

**X Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.**

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                     s/JAM
                                       Signature of Courtroom Deputy