# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>v.<br><br>Aimee Marie Bock (1),<br>            Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:   DAVID T. SCHULTZ<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 22-cr-223 NEB/TNL |
| Date: | September 20, 2022 |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 2:55 p.m. |
| Time Concluded: | 2:56 p.m. |
| Time in Court: | 1 minute |

APPEARANCES:

   Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
   Defendant:  Kenneth Udoibok,
               X Retained

**Indictment Dated:** 9/13/2022

   X Reading of Indictment Waived       X Not Guilty Plea Entered

Other Remarks:

   X Counsel to be notified of additional dates by separate Order to be issued.

_____ s/jam<br>Signature of Courtroom Deputy