UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Court File No.: 22-cr-223-NEB-TNL

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **AIMEE MARIE BOCK (1)** Defendant | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned has been retained to represent Aimee Marie Bock, the Defendant in the above-captioned matter. The undersigned herewith gives notice of his appearance on behalf of the above-named. Therefore, please address all future pleadings and correspondence to the address below.

Respectfully submitted,

**KENNETH UBONG UDOIBOK, PA**

Dated: September 21, 2022

/s/ Kenneth U. Udoibok
Kenneth Udoibok #262523
Flour Exchange Building
310 Fourth Avenue South, Suite 5010
Telephone: 612-808-6031
E-mail: k@KenUlaw.com

**ATTORNEY FOR DEFENDANT**