

U.S. Department of Justice

*United States Attorney*
*District of Minnesota*

| | | |
|---|---|---|
| *Joseph H. Thompson* | *United States Courthouse* | Direct Line: (612) 664-5588 |
| *Assistant United States Attorney* | *300 South Fourth Street, Suite 600* | Fax: (612) 664-5787 |
| | *Minneapolis, MN 55415* | E-mail: Joseph.Thompson2@usdoj.gov |

*Via ECF*

November 4, 2022

The Honorable Tony N. Leung
Magistrate Judge
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

    Re:    <u>United States v. Bock, et al.</u>, 22 CR 223 (NEB/TNL)

Dear Judge Leung:

    Pursuant to the Court's order (Dkt. #51), the parties have met and conferred concerning pretrial proceedings in the above-referenced case. I am writing to inform the Court about the case management schedule as discussed by the parties.

    The parties agree to the following dates:

1. The government will begin to produce discovery starting the week of November 7, 2022;
2. Defense will have 6 months to prepare and file pretrial motions;
3. Defense pretrial motions will be due Mary 8, 2023; and
4. The government's pretrial responses will be due June 19, 2023.

    Once the Court has scheduled a motions hearing, the parties propose a deadline for notices of intent to call witnesses (and responses to notices of intent to call witnesses) to occur two weeks and one week, respectively, prior to the motions hearing.

November 4, 2022
Page 2/2

    Please let us know if the Court needs more information from the parties.

                                      Respectfully submitted,

                                      ANDREW M. LUGER
                                      United States Attorney

                By:    */s/ Joseph H. Thompson*
                         Joseph H. Thompson
                         Harry M. Jacobs
                         Chelsea A. Walcker
                         Matthew S. Ebert
                         Joseph S. Teirab
                         Assistant United States Attorneys