PS 8

(Rev 5/10)

Filed by the Clerk

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

U.S.A.  vs. Aimee Marie Bock    Docket No. 0864 0:22CR00223-001(DTS)

**Petition for Action on Conditions of Pretrial Release**

  COMES NOW Kiah A. Smith, U.S. PROBATION OFFICER OF THE COURT, presenting an official report regarding **Aimee Marie Bock** who was placed under pretrial supervision by the Honorable David T. Schultz, sitting in the Court at Minneapolis on the 20th day of September, 2022, under the following special conditions:

- Pretrial Services Supervision
- Surrender Passport (Satisfied 09/27/2022)
- Obtain No New Passport
- Travel Restrictions
- No Contact with Victim/Witness/Codefendants/Coconspirators,
- Weapons Restriction
- Report Contact with Law Enforcement
- Residential Restrictions
- Employment Requirements /Restrictions: No Fiduciary Responsibility
- Financial Disclosure
- No Unapproved Credit Charges/Lines of Credit
- No Access to Federal Child Nutrition Program Funds

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

To appropriately monitor Aimee Bock's compliance, drug testing conditions are recommended given her history of substance use.

PRAYING THAT THE COURT WILL ORDER that Bock's conditions of release be modified to add the following special conditions:

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the U.S. Probation and Pretrial Services Office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

Petition for Action on Conditions of Pretrial Release         RE: Aimee Marie Bock
Page 2

- Refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is (are) required as a condition of release.

ORDER OF THE COURT

Considered and ordered this 23rd day of March, 2023, and ordered filed and made a part of the records in the above case.

_____
Tony N. Leung
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Kiah A. Smith
_____
Kiah A. Smith
Senior U.S. Probation Officer
612-664-5378

Executed on     March 26, 2023

Place           Minneapolis

Approved:

s/ Maribel Andrade-Vera
_____
Maribel Andrade-Vera
Supervising U.S. Probation Officer