# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

# CRIMINAL MOTION HEARING

|  |  |
|---|---|
| United States of America, | **COURT MINUTES** |
|  | BEFORE: Tony N. Leung |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No: 22-cr-223 (NEB/TNL) |
|  | Date: March 11, 2024 |
| Aimee Marie Bock (1), | Court Reporter: Renee Rogge |
| Salim Ahmed Said (3), | Courthouse: Minneapolis |
| Abdulkadir Nur Salah (4), | Courtroom: 9W |
| Abdi Nur Salah (6), | Time: 10:46 a.m.-12:08 p.m. |
| Abdihakim Ali Ahmed (7). |        12:34 p.m.-1:04 p.m. |
| Ahmed Mohamed Artan (8), | Total Time in Court: 1 Hour & 52 Minutes |
| Abdikadir Ainanshe Mohamud (9), | Sealed Hearing Time: N/A |
| Ahmed Abdullahi Ghedi (13), and |  |
| Abdirahman Mohamud Ahmed (14), |  |
|  |  |
| Defendants. |  |

**APPEARANCES:**

Plaintiff: Chelsea A. Walcker, Harry Jacobs, and Joseph H. Thompson, United States Attorney's Office

Defendant Aimee Marie Bock (1): Kenneth U. Udoibok, Kenneth Ubong Udoibok, P.A.
☐ FPD  ☐ CJA  ☒ Retained  ☐ Appointed

Defendant Salim Ahmed Said (3): Adrian Scott LaFavor-Montez, Colich & Associates
☐ FPD  ☐ CJA  ☒ Retained  ☐ Appointed

Defendant Abdulkadir Nur Salah (4): Surya Saxena, Greene Espel PLLP
☐ FPD  ☐ CJA  ☒ Retained  ☐ Appointed

Defendant Abdi Nur Salah (6): Brian N. Toder, Chestnut Cambronne PA
☐ FPD  ☐ CJA  ☒ Retained  ☐ Appointed

Defendant Abdihakim Ali Ahmed (7): JaneAnne Murray, Murray Law LLC
☐ FPD  ☐ CJA  ☒ Retained  ☐ Appointed

Defendant Ahmed Mohamed Artan (8): *No appearance*

Defendant Abdikadir Ainanshe Mohamud (9): Robert A. Lengeling, Law Office of Robert A. Lengeling, PLLC
☐ FPD  ☒ CJA  ☐ Retained  ☐ Appointed

Defendant Ahmed Abdullahi Ghedi (13): Glenn P. Bruder, Mitchell, Bruder & Johnson
☐ FPD  ☒ CJA  ☐ Retained  ☐ Appointed

Defendant Abdirahman Mohamud Ahmed (14): Peter B. Wold, Wold Morrison Law
☐ FPD  ☒ CJA  ☐ Retained  ☐ Appointed

**NON-DISPOSITIVE MOTIONS HEARD:** 187, 190, 195, 196, 197, 200 as it relates to 194, 202, 204, 206, 208, 209, 214, 217, 219, 220

**DISPOSITIVE MOTIONS HEARD:** 194, 203, 207, 221

**REMARKS:**

Defendant Ahmed Mohamed Artan (8) and his counsel did not appear. At the hearing, the Government advised that Defendant Ahmed Mohamed Artan (8) had filed a letter withdrawing his request to join certain motions of his co-defendants. *See* ECF No. 265; *see also* ECF No. 264.

At the hearing, the Court noted that Defendant Asad Mohamed Abshir (11) previously requested that he be excused from this hearing and that his motion be determined on the papers and taken under advisement at the same time as the Court takes other non-dispositive motions filed under advisement following this hearing, and that this request had been granted. ECF No. 251; *see also* ECF No. 211.

At the hearing, Salim Ahmed Said withdrew his request to join in Defendant Abdulkadir Nur Salah (4)'s Motion to Define the Scope of the Prosecution Team and Request Require Disclosures, ECF No. 190.

As for any post-hearing briefing, the Court specifically sought briefing from Defendant Abdulkadir Nur Salah (4) and the Government. The parties were further directed to submit a joint letter **on or before Monday, March 18**, either affirmatively stating that no additional briefing will be needed or proposing a joint post-hearing briefing schedule to include the motions that are before this Court and the motions that are before Magistrate Judge Cowan Wright. Any proposed briefing schedule should specifically identify those motions for which briefing will be submitted and take into account the preparation of any hearing transcripts to the extent such transcripts are needed.

☒ORDER TO BE ISSUED ☐NO ORDER TO BE ISSUED    ☒R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED
☒ Exhibits retained by the Court  ☐ Exhibits returned to counsel

*s/Emily*
Law Clerk to Magistrate Judge Leung