UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 22-cr-223 (NEB/TNL) |
| Plaintiff, | |
| v. | |
| Aimee Marie Bock (1),<br>Salim Ahmed Said (3),<br>Abdulkadir Nur Salah (4),<br>Abdi Nur Salah (6),<br>Abdihakim Ali Ahmed (7),<br>Ahmed Mohamed Artan (8),<br>Abdikadir Ainanshe Mohamud (9),<br>Ahmed Abdullahi Ghedi (13), and<br>Abdirahman Mohamud Ahmed (14), | **ORDER** |
| Defendants. | |

This matter comes before the Court on the Government's Motion for Extension of Time to File Memorandum, ECF No. 305. The Government seeks an extension of the June 14, 2024 deadline to file additional briefing in connection with certain pretrial motions. *See generally* ECF No. 304 (setting June 14 deadline). The Government states that it has been working to investigate an incident in a related case in which a juror "reported that an individual had attempted to bribe her by dropping off a bag containing $120,000 in cash at her residence." ECF No. 305 at 1. The Government requests an extension of two weeks, up to and including June 28, 2024.

For good cause shown, **IT IS HEREBY ORDERED** that:

1. The Government's Motion for Extension of Time to File Memorandum, ECF No. 305, is **GRANTED**.

2. As to Defendant Abdulkadir Nur Salah's Motion to Define the Scope of the Prosecution Team and Require Disclosures, ECF No. 190:

   The Government's memorandum is due on or before **June 28, 2024**.

3. As to Defendant Abdi Nur Salah's Motion for a Bill of Particulars, ECF No. 217; Defendant Ahmed Abdullahi Ghedi's Motion to Dismiss the Grand Jury Indictment Against Him, ECF No. 207; and Defendant Abdirahman Mohamud Ahmed's Motion to Dismiss, or in the Alternative, for a Bill of Particulars, ECF No. 221:

   a. The Government's memorandum is due on or before **June 28, 2024**, and
   b. Defendants' memoranda are due on or before **July 12, 2024**.

4. Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like.

Date: June____17____, 2024

        *s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*United States v. Bock et al.*
Case No. 22-cr-223 (NEB/TNL)