AO 187 (Rev. Locally 03/18) Exhibit List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MINNESOTA

United States of America

V.

Aimee Marie Bock (1)

**EXHIBIT LIST**

Case Number:  22-CR-223 (NEB/DTS)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- |
| Mag. Judge David T. Schultz | Joseph H. Thompson | Kenneth U. Udoibok |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| Hearing: September 6, 2024 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
| --- | --- | --- | --- | --- | --- |
| | 1 | 9/6/2024 | | | Regulations of the Child Nutrition Programs |
| | 2 | 9/6/2024 | | | USDA's Attendance Policy |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages