PS 8
(Rev 5/10)

# UNITED STATES DISTRICT COURT
## for
## District of Minnesota

Filed by the Clerk

U.S.A.  vs. Aimee Marie Bock          Docket No. 0864 0:22CR00223-001(NEB/DTS)

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Kiah A. Smith, U.S. PROBATION OFFICER OF THE COURT, presenting an official report regarding **Aimee Marie Bock** (herein Bock) who was placed under pretrial supervision by the Honorable David T. Schultz, sitting in the Court at Minneapolis on the 20th day of September, 2022, under the following special conditions (in part):

- Pretrial Services Supervision
- Employment Requirements/Restrictions: No Fiduciary Responsibility
- Financial Disclosure
- No Unapproved Credit Charges/Lines of Credit

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The below actions violate the defendant's conditions of release pursuant to 18 U.S.C. § 3148.

A review of Bock's credit report on October 1, 2024, revealed a new line of credit for a student loan from the Department of Education/Aidvantage in the amount of $185,394. This line of credit was not previously reported to the undersigned nor approved. Equifax indicates the loan was opened on May 31, 2024, and reported to Bock's credit on August 31, 2024. The current balance is $186,285.

PRAYING THAT THE COURT WILL ORDER that a summons be issued and a hearing be held to show cause why her pretrial release should not be revoked.

### ORDER OF THE COURT

Considered and ordered this ____2nd_____ day of ___October__, 2024, and ordered filed and made a part of the records in the above case.

s/David T. Schultz
David T. Schultz
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Kiah A. Smith
Kiah A. Smith
Senior U.S. Probation Officer
612-664-5378

Executed on     October 2, 2024

Place           Minneapolis

Approved:

s/Nicole Smith
Nicole Smith, Assistant
Deputy Chief U.S. Probation Officer