**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

AIMEE MARIE BOCK (1),

Defendant.

Case No. 22-CR-223 (NEB/DTS)

ORDER

---

This case is set for a jury trial commencing February 3, 2025. A pretrial conference is scheduled for the afternoon of January 16, 2025. Before the Court is Defendant Aimee Bock's motion, filed the evening of January 15, to appear for the pretrial conference telephonically or, in the alternative, for a continuance of the pretrial conference. The Court denies the motion.

In her motion, Bock presents a January 13 diagnosis of influenza. As support, Bock includes a document from a registered nurse stating that Bock was treated on January 13, 2025 for influenza, and that she may return to work on January 20. While the Court certainly has sympathy and concern for Bock's status and the public health, the document does not provide sufficient information about her diagnosis, health status, or treatment to warrant the remedy she seeks.

Given the importance of the pretrial conference, the proximity of the February 3 trial date, and the lack of specificity and support included in the motion, the Court denies the request to appear telephonically or for a continuance. The Court will, however, allow Bock to participate from a different courtroom in the Minneapolis courthouse, to which the pretrial conference will be streamed. The Court will provide a headset for Bock and her counsel to talk confidentially during the hearing.

SO ORDERED.

Dated: January 15, 2025                          BY THE COURT:


                                                 s/Nancy E. Brasel
                                                 Nancy E. Brasel
                                                 United States District Judge