**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br><br>　　Plaintiff,<br><br>v.<br><br>Aimee Marie Bock,<br><br>　　Defendant. | Case No. 22-cr-223 (NEB/DTS)<br><br>**ORDER FOR APPOINTMENT OF COUNSEL** |

The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

**IT IS HEREBY ORDERED**: that Kenneth Udoibok, Attorney ID 262523, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated: January 17, 2025

　　　　　　　　　　　　　　　　　　　　　　　　s/David T. Schultz
　　　　　　　　　　　　　　　　　　　　DAVID T. SCHULTZ
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge