# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AIMEE MARIE BOCK (1),<br>SALIM AHMED SAID (3),<br><br>　　　　Defendants. | **COURT MINUTES**<br>Case Number: 22-cr-223 (NEB/DTS)<br><br>Date:　　　　　　February 10, 2025<br>Courthouse:　　　Minneapolis<br>Courtroom:　　　 13W<br>Court Reporter:　 Renee Rogge<br>Time Commenced: 9:00 a.m. – 10:20 p.m.<br>　　　　　　　　10:40 p.m. – 12:00 p.m.<br>　　　　　　　　1:00 p.m. – 2:40 p.m.<br>　　　　　　　　3:00 p.m. – 4:40 p.m.<br>Time Concluded:　4:40 p.m.<br>Time in Court:　　6 hours |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

APPEARANCES:
  Plaintiff:　　Joseph Thompson, Harry Jacobs, Matthew Ebert, and Daniel Bobier, Assistant U.S. Attorneys
  Defendants:　Kenneth Udibock for Aimee Marie Bock (1) CJA Appointed Attorney
　　　　　　　Salim Ahmed Said (3), Michael Colich and Adrian LaFavor-Montez, Retained Attorneys

PROCEEDINGS:
  ☒ Jury Trial - Continued (Trial Day 2)
  ☒ Preliminary Jury Instructions.
  ☒ Opening statements.
  ☒ Government Witnesses: Matthew Hoffman and Emily Honer.
  ☒ Trial continued to February 11, 2025 at 9:00 a.m.

Date: February 10, 2025　　　　　　　　　　　　　　　　　　　　　　　　　　　s/KW
　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy to Judge Nancy E. Brasel