# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | Case Number: 22-cr-223 (NEB/DTS) |
| v. | |
| AIMEE MARIE BOCK (1), | |
| SALIM AHMED SAID (3), | |
| Defendants. | |

| | |
|---|---|
| Date: | March 13, 2025 |
| Courthouse: | Minneapolis |
| Courtroom: | 13W |
| Court Reporter: | Renee Rogge |
| Time Commenced: | 9:05 a.m. – 10:40 a.m. |
| | 11:00 a.m. – 12:20 p.m. |
| | 1:30 p.m. – 3:05 p.m. |
| | 3:20 p.m. – 4:35 p.m. |
| Time Concluded: | 4:35 p.m. |
| Time in Court: | 5 hours and 45 minutes |

Jury Trial before Nancy E. Brasel, United States District Judge, in Courtroom 13W, Minneapolis, Minnesota.

**APPEARANCES:**
  Plaintiff:   Joseph Thompson, Harry Jacobs, Matthew Ebert, and Daniel Bobier, Assistant U.S. Attorneys
  Defendants:   Kenneth Udoibok for Aimee Marie Bock (1) CJA Appointed Attorney
        Salim Ahmed Said (3), Michael Colich and Adrian LaFavor-Montez, Retained Attorneys

**PROCEEDINGS:**
  ☒ Jury Trial - Continued (Trial Day 18)
  ☒ Defendant Bock's Witness: Aimee Marie Bock
  ☒ Trial continued to March 14, 2025 at 9:00 a.m.

Date: March 13, 2025                                                                 s/KW
                                                                 Signature of Courtroom Deputy to Judge Nancy E. Brasel