**COMBINED ACCOUNTS - Aimee Bock**
Review Period: 6/19/2017 - 01/24/2022

### Summary from 6/19/2017 to 3/31/2020

| NET SOURCES OF FUNDS | Net Deposits |
|---|---|
| **Feeding Our Future** | $ 145,460.57 |
| **Partners In Nutrition** | $ 86,097.39 |
| **Other Income** | $ 73,355.00 |
|     Taxes | $ 20,526.96 |
|     MN Deed | $ 15,096.00 |
|     Credit Cards / Loans | $ 14,188.55 |
|     Insurance | $ 13,208.56 |
|     Other Income | $ 10,334.93 |
| **Cash In** | $ 4,770.00 |
| **Purchase Returns** | $ 313.07 |
| **Net Total** | $ 309,996.03 |

| NET USES OF FUNDS | Net Withdrawals |
|---|---|
| **Misc. Other Payments** | $ (105,723.34) |
| **Assets** | $ (59,020.07) |
| **Credit Cards / Loans** | $ (38,445.74) |
| **Cash Out** | $ (30,231.08) |
| **Retail Shopping** | $ (28,171.34) |
| **Maid / Personal Services** | $ (14,661.08) |
| **Rent Expense** | $ (9,530.00) |
| **Money Transfers** | $ (4,894.01) |
| **Travel** | $ (3,746.88) |
| **Entertainment** | $ (3,538.71) |
| **Home Improvement / Hardware Stores** | $ (3,101.70) |
| **Business and Compliance** | $ (2,949.00) |
| **Inmate Services** | $ (2,609.00) |
| **Individuals** | $ (973.89) |
| **Law Firm** | $ (509.68) |
| **Net Total** | $ (308,105.52) |

GOVERNMENT EXHIBIT
**D**
22-cr-223 (NEB / DTS)

GOVERNMENT EXHIBIT
**X-54**
22-cr-223 (NEB/DTS)

**COMBINED ACCOUNTS - Aimee Bock**
**Review Period: 6/19/2017 - 01/24/2022**

## FOOD PROGRAM
### Summary from 4/1/2020 to 1/24/2022

| NET SOURCES OF FUNDS | Net Deposits |
|---|---:|
| **Cosmopolitan Business Solutions LLC** | $ 310,000.00 |
| **Feeding Our Future** | $ 260,241.90 |
| **Other Income** | $ 149,828.84 |
|     Insurance Settlement | $ 74,108.05 |
|     Insurance | $ 30,325.63 |
|     Taxes | $ 28,990.28 |
|     Other Income | $ 16,385.43 |
|     Credit Cards / Loans | $ 19.45 |
| **Purchase Returns** | $ 2,909.91 |
| **Cash In** | $ 295.00 |
| **Net Total** | $ 723,275.65 |

| NET USES OF FUNDS | Net Withdrawals |
|---|---:|
| Legal Order - Bank Account Seizure | $ (185,803.72) |
| Misc. Other Payments | $ (148,671.08) |
| Assets | $ (77,610.83) |
| Retail Shopping | $ (73,317.79) |
| Theodore Bock | $ (70,000.00) |
| Home Improvement / Hardware Stores | $ (47,165.48) |
| Credit Cards / Loans | $ (29,702.37) |
| Money Transfers | $ (20,879.11) |
| Cash Out | $ (14,528.99) |
| Law Firm | $ (14,422.19) |
| Maid / Personal Services | $ (12,497.73) |
| Travel | $ (8,094.47) |
| Cole Flynn | $ (7,000.00) |
| Entertainment | $ (5,577.19) |
| Rent Expense | $ (4,364.71) |
| Inmate Services | $ (2,315.57) |
| Empress Watson | $ (1,300.00) |
| Individuals | $ (1,099.99) |
| Business and Compliance | $ (834.17) |
| **Net Total** | $ (725,185.39) |

|  |  |  |  |  |  |  |  | $ 1,290,521.09 | $ (1,290,674.27) |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  | $ 153.18 | Beginning Balance on 6/19/2017 |  |
| Bank Account | Posted Date | Description | Payor / Payee | Check # | Check Memo Line | Deposit | Withdrawal | Combined Balance | Notes |
| US Bank 4223 | 8/9/2021 | Recurring Debit Purchase On 080721 877-4462901 TX GET IT NOW REF 24071051219939145714 US1 | Get It Now |  |  |  | $ (2.50) | $ 25,979.39 |  |
| US Bank 4223 | 8/9/2021 | Debit Purchase - VISA On 080621 WWW BAKKENEL MN BAKKEN ELECTRIC REF 24492161218000019751885 | Bakken Electric |  |  |  | $ (1,830.00) | $ 24,149.39 |  |
| US Bank 4223 | 8/10/2021 | Electronic Withdrawal To Greenlight REF=212220076635670N00 9000392802WEB PMTS 5W5VYG | Greenlight |  |  |  | $ (40.00) | $ 24,109.39 |  |
| US Bank 4223 | 8/10/2021 | Debit Purchase - VISA On 080921 877-766-7911 TX WWP POOP 911 REF 24445001221300369442692 | Poop 911 |  |  |  | $ (16.02) | $ 24,093.37 |  |
| US Bank 4223 | 8/11/2021 | Debit Purchase - VISA On 081021 888-802-3080 WA Prime Video 2D5H REF 24692161222100436251584 | Amazon |  |  |  | $ (4.27) | $ 24,089.10 |  |
| US Bank 4223 | 8/11/2021 | Recurring Debit Purchase On 081021 866-712-7753 CA APPLE_COM/BILL REF 24692161222100552828 US1 | Apple |  |  |  | $ (2.99) | $ 24,086.11 |  |
| US Bank 4223 | 8/11/2021 | Debit Purchase - VISA On 081021 866-712-7753 CA APPLE_COM/BILL REF 24692161222100547213549 | Apple |  |  |  | $ (21.41) | $ 24,064.70 |  |
| US Bank 4223 | 8/11/2021 | Recurring Debit Purchase On 081021 000-0000000 MN SCHMITT MUSIC 0 REF 24071051222939183592 US1 | Schmitt Music |  |  |  | $ (6.45) | $ 24,058.25 |  |
| US Bank 4223 | 8/12/2021 | Recurring Debit Purchase On 081121 Amzn_com/bil WA Amazon Prime 2D6 REF 24692161223100902206 US1 | Amazon |  |  |  | $ (13.92) | $ 24,044.33 |  |
| US Bank 4223 | 8/12/2021 | Recurring Debit Purchase On 081121 FABFITFUN CO CA FABFITFUN REF 24011341223000034392 US1 | Fabfitfun |  |  |  | $ (192.81) | $ 23,851.52 |  |
| US Bank 4223 | 8/12/2021 | Recurring Debit Purchase On 081121 800-6000949 NY WIX_COM Premium- REF 24906411223127821375 US1 | Wix.com |  |  |  | $ (33.00) | $ 23,818.52 |  |
| US Bank 4223 | 8/12/2021 | Recurring Debit Purchase On 081121 408-974-1010 CA APPLE_COM/BILL REF 24430991223828338341 US1 | Apple |  |  |  | $ (21.41) | $ 23,797.11 |  |
| US Bank 4223 | 8/12/2021 | Debit Purchase - VISA On 081121 651-6860900 MN MAID BRIGADE REF 24755421223262235749969 | Maid Brigade |  |  |  | $ (193.73) | $ 23,603.38 |  |
| US Bank 4223 | 8/13/2021 | Electronic Deposit From IRS TREAS 310 REF=212240104460380N00 CHILDCTC9111736946 | U.S. Treasury - IRS |  |  | $ 250.00 |  | $ 23,853.38 |  |
| US Bank 4223 | 8/13/2021 | Debit Purchase - VISA On 081121 ROSEMOUNT MN CARBONES REF 24013391224001949463877 | Other - Food / Beverage |  |  |  | $ (65.00) | $ 23,788.38 |  |
| US Bank 4223 | 8/13/2021 | Debit Purchase - VISA On 081121 ST ANTHONY MN MARATHON PETRO91 REF 24034541224001920229920 | Marathon |  |  |  | $ (46.36) | $ 23,742.02 |  |
| US Bank 4223 | 8/13/2021 | Debit Purchase TARGET T- 7841 A Inver Grove MN 163617 On 081221 MAESTERM REF 163617 | Target |  |  |  | $ (111.95) | $ 23,630.07 |  |
| US Bank 4223 | 8/13/2021 | Debit Purchase - VISA On 081221 715-3865700 MN RAMSEY CTY SHERI REF 24013391224002066009683 | Ramsey County Sheriff |  |  |  | $ (150.00) | $ 23,480.07 |  |
| US Bank 4223 | 8/13/2021 | Debit Purchase - VISA On 081221 715-3865700 WI TURNKEY CORRECTI REF 24013391224002054650027 | Turnkey Correcti |  |  |  | $ (8.95) | $ 23,471.12 |  |
| US Bank 4223 | 8/13/2021 | Electronic Deposit From FEEDING OUR FUTU REF=212240147424410N00 DIRECT DEP9111111101 | Feeding Our Future (BoA 374004673156) |  |  | $ 2,483.85 |  | $ 25,954.97 |  |
| US Bank 4223 | 8/13/2021 | Electronic Withdrawal To GenesisFS Card REF=212240152867360N00 4522190781866946954500000 1346165557 | GenesisFS Card |  |  |  | $ (16.37) | $ 25,938.60 |  |
| US Bank 4223 | 8/13/2021 | Deposit | Cosmopolitan Business Solutions LLC (Bell Bank 6521112638) | 610449 |  | $ 310,000.00 |  | $ 335,938.60 |  |

|  |  |  |  |  |  | $ 1,290,521.09 | $ (1,290,674.27) |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | $ 153.18 | Beginning Balance on 6/19/2017 |
| Bank Account | Posted Date | Description | Payor / Payee | Check # | Check Memo Line | Deposit | Withdrawal | Combined Balance | Notes |
| US Bank 4223 | 11/1/2021 | Electronic Withdrawal To Greenlight REF=213050087944740N00 9000392802WEB PMTS 7JZSHH | Greenlight |  |  |  | $ (40.00) | $ 212,135.03 |  |
| US Bank 4223 | 11/1/2021 | Recurring Debit Purchase On 102921 800-3418441 UT CRT Lexington La REF 24906411302133211786 US1 | Lexington La |  |  |  | $ (129.95) | $ 212,005.08 |  |
| US Bank 4223 | 11/1/2021 | Recurring Debit Purchase On 103121 408-536-6000 CA ADOBE ACROPRO SU REF 24943001304700685195 US1 | Adobe |  |  |  | $ (16.06) | $ 211,989.02 |  |
| US Bank 4223 | 11/1/2021 | Recurring Debit Purchase On 103121 866-712-7753 CA APPLE_COM/BILL REF 24692161304100627687 US1 | Apple |  |  |  | $ (10.73) | $ 211,978.29 |  |
| US Bank 4223 | 11/1/2021 | Recurring Debit Purchase On 103121 408-974-1010 CA APPLE_COM/BILL REF 24430991304828330531 US1 | Apple |  |  |  | $ (21.22) | $ 211,957.07 |  |
| US Bank 4223 | 11/1/2021 | Recurring Debit Purchase On 110121 866-712-7753 CA APPLE_COM/BILL REF 24692161305100048930 US1 | Apple |  |  |  | $ (21.41) | $ 211,935.66 |  |
| US Bank 4223 | 11/1/2021 | Debit Purchase - VISA On 103021 866-712-7753 CA APPLE_COM/BILL REF 24692161303100893586896 | Apple |  |  |  | $ (42.84) | $ 211,892.82 |  |
| US Bank 4223 | 11/1/2021 | Debit Purchase - VISA On 103021 APPLE VALLEY MN HOLIDAY STATIONS REF 24941661303838000638468 | Holiday Stationstore |  |  |  | $ (50.62) | $ 211,842.20 |  |
| US Bank 4223 | 11/1/2021 | Debit Purchase - VISA On 103021 TWINCITIES J MN JUNK GENIUS REF 24492151303637564710290 | Junk Genius |  |  |  | $ (349.00) | $ 211,493.20 |  |
| US Bank 4223 | 11/1/2021 | Electronic Deposit From FEEDING OUR FUTU REF=213020112260820N00 DIRECT DEP9111111101 | Feeding Our Future (BoA 374004673156) |  |  | $ 2,483.84 |  | $ 213,977.04 |  |
| US Bank 4223 | 11/1/2021 | Recurring Debit Purchase On 103021 877-4462901 TX GET IT NOW REF 24071051303939136443 US1 | Get It Now |  |  |  | $ (2.50) | $ 213,974.54 |  |
| US Bank 4223 | 11/2/2021 | Recurring Debit Purchase On 110121 HTTPSWWW ADO NY ADORE ME INC REF 24011341305000040402 US1 | Adore Me Inc. |  |  |  | $ (34.80) | $ 213,939.74 |  |
| US Bank 4223 | 11/2/2021 | Debit Purchase - VISA On 110121 888-802-3080 WA Prime Video 3G93 REF 24692161305100085369182 | Amazon |  |  |  | $ (2.13) | $ 213,937.61 |  |
| US Bank 4223 | 11/2/2021 | Debit Purchase - VISA On 110121 651-2426783 MN IN JUNK HAPPENS REF 24692161305100560006143 | Junk Happens |  |  |  | $ (491.36) | $ 213,446.25 |  |
| US Bank 4223 | 11/2/2021 | Debit Purchase - VISA On 110121 877-766-7911 TX WWP POOP 911 REF 24445001305300395460121 AIMEE M BOCK Uni-Statement | Poop 911 |  |  |  | $ (16.02) | $ 213,430.23 |  |
| US Bank 4223 | 11/2/2021 | Recurring Debit Purchase On 110121 612-2309622 MN YMCA OF THE NORT REF 24474741305142550429 US1 | YMCA |  |  |  | $ (132.00) | $ 213,298.23 |  |
| US Bank 4223 | 11/3/2021 | Debit Purchase - VISA On 110321 800-567-0759 MN PUBLIC STORAGE 2 REF 24692161307100604810912 | Public Storage |  |  |  | $ (434.20) | $ 212,864.03 |  |
| US Bank 4223 | 11/3/2021 | Electronic Withdrawal To VENMO REF=213060097672030N00 3264681992PAYMENT 1016582899486 | Venmo |  |  |  | $ (500.00) | $ 212,364.03 |  |
| US Bank 4223 | 11/3/2021 | Recurring Debit Purchase On 110221 479-3436237 CA Experian Credit REF 24906411306133485099 US1 | Experian |  |  |  | $ (21.41) | $ 212,342.62 |  |
| US Bank 4223 | 11/3/2021 | Debit Purchase - VISA On 110221 800-275-2273 CA APPLE_COM/BILL REF 24430991306828320722155 | Apple |  |  |  | $ (107.11) | $ 212,235.51 |  |
| US Bank 4223 | 11/4/2021 | Debit Purchase - VISA On 110321 SAINT PAUL MN HOLIDAY STATIONS REF 24941661307838000384044 | Holiday Stationstore |  |  |  | $ (50.20) | $ 212,185.31 |  |
| US Bank 4223 | 11/4/2021 | Recurring Debit Purchase On 110421 MSBILL INFO WA MICROSOFT ULTIMA REF 24430991308091508015 US1 | Microsoft |  |  |  | $ (16.06) | $ 212,169.25 |  |

|  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | $ 1,290,521.09 | $ (1,290,674.27) |  |  |
|  |  |  |  |  |  |  |  | $ 153.18 | Beginning Balance on 6/19/2017 |
| Bank Account | Posted Date | Description | Payor / Payee | Check # | Check Memo Line | Deposit | Withdrawal | Combined Balance | Notes |
| US Bank 4223 | 11/4/2021 | Debit Purchase - VISA On 110321 651-6860900 MN MAID BRIGADE REF 24755421307263076480291 | Maid Brigade |  |  |  | $ (177.66) | $ 211,991.59 |  |
| US Bank 4223 | 11/4/2021 | Debit Purchase - VISA On 110321 800-5745729 FL JPay Money Trans REF 24906411307133578097795 | Jpay |  |  |  | $ (310.95) | $ 211,680.64 |  |
| US Bank 4223 | 11/5/2021 | Debit Purchase - VISA On 110521 888-802-3080 WA Prime Video FM2S REF 24692161309100029667069 | Amazon |  |  |  | $ (4.27) | $ 211,676.37 |  |
| US Bank 4223 | 11/5/2021 | Debit Purchase - VISA On 110421 888-802-3080 WA AMZN DIGITAL L80 REF 24431061308083717282434 | Amazon |  |  |  | $ (5.35) | $ 211,671.02 |  |
| US Bank 4223 | 11/5/2021 | Recurring Debit Purchase On 110421 408-536-6000 CA ADOBE ACROPRO SU REF 24943001308700696764 US1 | Adobe |  |  |  | $ (16.06) | $ 211,654.96 |  |
| US Bank 4223 | 11/5/2021 | Debit Purchase - VISA On 110521 866-712-7753 CA APPLE_COM/BILL REF 24692161309100210716675 | Apple |  |  |  | $ (67.47) | $ 211,587.49 |  |
| US Bank 4223 | 11/5/2021 | Electronic Deposit From FEEDING OUR FUTU REF=213080097061600N00 DIRECT DEP9111111101 | Feeding Our Future (BoA 374004673156) |  |  | $ 2,565.29 |  | $ 214,152.78 |  |
| US Bank 4223 | 11/5/2021 | Recurring Debit Purchase On 110521 408-5403700 CA Netflix_com REF 24204291309000166134 US1 | Netflix |  |  |  | $ (19.27) | $ 214,133.51 |  |
| US Bank 4223 | 11/8/2021 | Debit Purchase - VISA On 110621 EXPEDIA_COM WA EXPEDIA 72192788 REF 24692161310100005854639 | Expedia.com |  |  |  | $ (1,211.92) | $ 212,921.59 |  |
| US Bank 4223 | 11/8/2021 | Recurring Debit Purchase On 110621 HTTPSWWW ADO NY ADORE ME INC REF 24011341310000005528 US1 | Adore Me Inc. |  |  |  | $ (144.80) | $ 212,776.79 |  |
| US Bank 4223 | 11/8/2021 | Debit Purchase - VISA On 110721 888-802-3080 WA Prime Video WV7H REF 24692161311100318159485 | Amazon |  |  |  | $ (5.35) | $ 212,771.44 |  |
| US Bank 4223 | 11/8/2021 | Debit Purchase - VISA On 110821 888-802-3080 WA Prime Video J88I REF 24692161312100467314955 | Amazon |  |  |  | $ (7.49) | $ 212,763.95 |  |
| US Bank 4223 | 11/8/2021 | Debit Purchase - VISA On 110521 888-802-3080 WA Prime Video T64E REF 24692161309100688362242 | Amazon |  |  |  | $ (10.70) | $ 212,753.25 |  |
| US Bank 4223 | 11/8/2021 | Debit Purchase - VISA On 110621 888-802-3080 WA Prime Video 7C41 REF 24692161310100545751352 | Amazon |  |  |  | $ (11.77) | $ 212,741.48 |  |
| US Bank 4223 | 11/8/2021 | Recurring Debit Purchase On 110621 888-769-4526 CA IPSY GLAM BAG PL REF 24692161310100947735 US1 AIMEE M BOCK Uni-Statement | Ipsy Glam |  |  |  | $ (30.00) | $ 212,711.48 |  |
| US Bank 4223 | 11/8/2021 | Debit Purchase EUROCAFE ST733 CLEVELAND OH 035216 On 110721 ILNKILNK REF 131118035216 | Other - Food / Beverage |  |  |  | $ (77.37) | $ 212,634.11 |  |
| US Bank 4223 | 11/8/2021 | Fee ATM Withdrawal At Other Network | Bank fee |  |  |  | $ (2.50) | $ 212,631.61 |  |
| US Bank 4223 | 11/8/2021 | Recurring Debit Purchase On 110721 855-836-3987 CA GOOGLE Ad Hoc L REF 24692161311100774173 US1 | Google Ad Hoc |  |  |  | $ (5.34) | $ 212,626.27 |  |
| US Bank 4223 | 11/8/2021 | Debit Purchase - VISA On 110521 KNOXVILLE TN MN DVS APPLE VAL REF 24717051309263099344185 | MN DVS |  |  |  | $ (0.80) | $ 212,625.47 |  |
| US Bank 4223 | 11/8/2021 | Debit Purchase - VISA On 110521 APPLE VALLEY MN MN DVS APPLE VAL REF 24717051309263099342924 | MN DVS |  |  |  | $ (32.00) | $ 212,593.47 |  |
| US Bank 4223 | 11/8/2021 | Recurring Debit Purchase On 110521 800-698-4637 NY NYTimes NYTimes REF 24692161309100405446 US1 | NY Times |  |  |  | $ (15.00) | $ 212,578.47 |  |
| US Bank 4223 | 11/8/2021 | Recurring Debit Purchase On 110721 866-712-7753 CA APPLE_COM/BILL REF 24692161311100098593 US1 | Apple |  |  |  | $ (10.73) | $ 212,567.74 |  |
| US Bank 4223 | 11/8/2021 | Debit Purchase CVS/PHARM 04402- CLEVELAND OH 260576 On 110621 MAESTERM REF 260576 | CVS |  |  |  | $ (15.00) | $ 212,552.74 |  |
| US Bank 4223 | 11/8/2021 | Debit Purchase - VISA On 110621 CLEVELAND OH 95497 - STANDARD REF 24034541310000578652099 | Misc. Debit Card Purchases |  |  |  | $ (20.00) | $ 212,532.74 |  |

|  |  |  |  |  |  |  |  | | |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | $ 1,290,521.09 | $ (1,290,674.27) |  |  |
|  |  |  |  |  |  |  |  | $ 153.18 | Beginning Balance on 6/19/2017 |
| Bank Account | Posted Date | Description | Payor / Payee | Check # | Check Memo Line | Deposit | Withdrawal | Combined Balance | Notes |
| US Bank 4223 | 11/8/2021 | Debit Purchase - VISA On 110721 supportreque CA AMZ Hulu LLC REF 24692161311100822212739 | Hulu |  |  |  | $ (85.68) | $ 212,447.06 |  |
| US Bank 4223 | 11/8/2021 | Recurring Debit Purchase On 110621 877-4462901 TX GET IT NOW REF 24071051310939150608 US1 | Get It Now |  |  |  | $ (2.50) | $ 212,444.56 |  |
| US Bank 4223 | 11/8/2021 | ATM Withdrawal 1400 CLEVELAND OH Serial No 367602170753PLUSTERM | Cash |  |  |  | $ (303.00) | $ 212,141.56 |  |
| US Bank 4223 | 11/8/2021 | Electronic Withdrawal To CHRYSLER CAPITAL REF=213090060779850N00 9191691401PAYMENT | Chrysler Capital |  |  |  | $ (1,407.44) | $ 210,734.12 |  |
| US Bank 4223 | 11/9/2021 | Debit Purchase - VISA On 110821 SAINT PAUL MN MSP AIRPORT PARK REF 24034541312000783629500 | Msp Airport Park |  |  |  | $ (58.00) | $ 210,676.12 |  |
| US Bank 4223 | 11/9/2021 | Debit Purchase - VISA On 110821 Amzn_com/bil WA Amazon_com C06GO REF 24692161312100878421761 | Amazon |  |  |  | $ (430.92) | $ 210,245.20 |  |
| US Bank 4223 | 11/9/2021 | Electronic Withdrawal To Greenlight REF=213130076983480N00 9000392802WEB PMTS ZLBSKH AIMEE M BOCK Uni-Statement | Greenlight |  |  |  | $ (40.00) | $ 210,205.20 |  |
| US Bank 4223 | 11/9/2021 | Debit Purchase - VISA On 110821 877-766-7911 TX WWP POOP 911 REF 24445001312300371169820 | Poop 911 |  |  |  | $ (16.02) | $ 210,189.18 |  |
| US Bank 4223 | 11/10/2021 | Debit Purchase - VISA On 110921 AMZN_COM/BIL WA AMZN MKTP US YZ6 REF 24431061314083327350755 | Amazon |  |  |  | $ (85.69) | $ 210,103.49 |  |
| US Bank 4223 | 11/10/2021 | Debit Purchase - VISA On 110921 APPLE VALLEY MN SPEEDWAY 04744 1 REF 24137461314001211831150 | Speedway |  |  |  | $ (56.10) | $ 210,047.39 |  |
| US Bank 4223 | 11/10/2021 | Debit Purchase - VISA On 110921 651-6860900 MN MAID BRIGADE REF 24755421313263131553001 | Maid Brigade |  |  |  | $ (205.52) | $ 209,841.87 |  |
| US Bank 4223 | 11/10/2021 | Debit Purchase - VISA On 110821 715-876-6378 MN MENARDS 3374 REF 24137461313100159365360 | Menards |  |  |  | $ (1,093.58) | $ 208,748.29 |  |
| US Bank 4223 | 11/12/2021 | Electronic Deposit From VENMO REF=213160104874190N00 REFUND | Venmo |  |  | $ 3,500.00 |  | $ 212,248.29 |  |
| US Bank 4223 | 11/12/2021 | Recurring Debit Purchase On 111021 800-6000949 NY WIX_COM Premium- REF 24906411314134058707 US1 | Wix.com |  |  |  | $ (33.00) | $ 212,215.29 |  |
| US Bank 9931 | 11/12/2021 | Branch Account Transfer From Account 204788895306 | Aimee Bock (US Bank 204788895306) |  |  | $ 10,000.00 |  | $ 222,215.29 |  |
| US Bank 5306 | 11/12/2021 | Transfer Deposit (Branch) From 104791224223 | Aimee Bock / Theodore Bock (US Bank 104791224223) |  |  | $ 205,732.44 |  | $ 427,947.73 |  |
| US Bank 5306 | 11/12/2021 | Branch Account Transfer To Account 104787389931 | Aimee Bock (US Bank 104787389931) |  |  |  | $ (10,000.00) | $ 417,947.73 |  |
| US Bank 4223 | 11/12/2021 | Account Closed | Aimee Bock (US Bank 204788895306) |  |  |  | $ (205,732.44) | $ 212,215.29 |  |
| US Bank 9931 | 11/15/2021 | Debit Purchase - VISA On 111121 Amzn_com/bil WA\Amazon Prime C23 REF 24692161315100739035054 | Amazon |  |  |  | $ (13.92) | $ 212,201.37 |  |
| US Bank 9931 | 11/15/2021 | Debit Purchase - VISA On 111121 888-802-3080 WA\Prime Video DY1Y REF 24692161315100823094462 | Amazon |  |  |  | $ (21.41) | $ 212,179.96 |  |
| US Bank 9931 | 11/15/2021 | Debit Purchase - VISA On 111121 WWW SHIPT CO AL\SHIPT ORDER REF 24492161316000000199905 | Shipt |  |  |  | $ (31.87) | $ 212,148.09 |  |
| US Bank 9931 | 11/15/2021 | Debit Purchase - VISA On 111121 WWW SHIPT CO AL\SHIPT ORDER REF 24492161315000020882325 | Shipt |  |  |  | $ (98.33) | $ 212,049.76 |  |
| US Bank 9931 | 11/15/2021 | Debit Purchase - VISA On 111121 ROSEMOUNT MN\CARBONES REF 24013391315001109430278 | Other - Food / Beverage |  |  |  | $ (40.00) | $ 212,009.76 |  |
| US Bank 9931 | 11/15/2021 | Debit Purchase - VISA On 111321 San Francisc CA\Minnesota Slime REF 24793381317000081947643 | Misc. Debit Card Purchases |  |  |  | $ (12.00) | $ 211,997.76 |  |

| | | | | | $ 1,290,521.09 | $ (1,290,674.27) | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | $ 153.18 | Beginning Balance on 6/19/2017 |

| Bank Account | Posted Date | Description | Payor / Payee | Check # | Check Memo Line | Deposit | Withdrawal | Combined Balance | Notes |
|---|---|---|---|---|---|---|---|---|---|
| US Bank 9931 | 1/21/2022 | Recurring Debit Purchase On 012022 HTTPSHBOMAX NY HELP HBOMAX_COM REF 24011342021000009314 US1 | HBO Max | | | | $ (16.06) | $ 186,278.35 | |
| US Bank 9931 | 1/21/2022 | Recurring Debit Purchase On 012022 212-6640138 NY Peacock F0686 Pr REF 24204292021001976775 US1 | Peacock | | | | $ (5.35) | $ 186,273.00 | |
| US Bank 9931 | 1/21/2022 | Recurring Debit Purchase On 012022 212-6640138 NY Peacock 6D4E2 Pr REF 24204292021001973494 US1 | Peacock | | | | $ (5.36) | $ 186,267.64 | |
| US Bank 9931 | 1/24/2022 | Debit Purchase Otto s Liquor St Minneapolis MN 900995 On 012022 ILNKILNK REF 202001900995 | Otto's Liquor | | | | $ (8.79) | $ 186,258.85 | |
| US Bank 9931 | 1/24/2022 | Debit Purchase WALGREENS STORE BLOOMINGTON MN 925039 On 012022 ILNKILNK REF 202101925039 | Walgreens | | | | $ (321.18) | $ 185,937.67 | |
| US Bank 5306 | 1/24/2022 | Account Closed | Account Seizure | | | | $ (179,455.87) | $ 6,481.80 | |
| US Bank 4223 | 1/24/2022 | CHECK #0000 | U.S. Marshals Services | 2478523857 | | | $ (6,347.85) | $ 133.95 | |
| US Bank 9931 | 1/31/2022 | Debit Purchase - VISA On 011922 MASON OH BLOOMINGDALES REF 24445732029600092764724 | Bloomingdales | | | | $ (133.91) | $ 0.04 | |
| US Bank 9931 | 2/15/2022 | Monthly Maintenance Fee | Bank fee | | | | $ (24.95) | $ (24.91) | |
| US Bank 9931 | 2/15/2022 | Paper Statement Fee Reversal | Returned Item | | | $ 2.00 | | $ (22.91) | |
| US Bank 9931 | 2/15/2022 | Paper Statement Fee | Returned Item | | | | $ (2.00) | $ (24.91) | |
| US Bank 9931 | 3/15/2022 | Monthly Maintenance Fee | Bank fee | | | | $ (24.95) | $ (49.86) | |
| US Bank 9931 | 3/15/2022 | Paper Statement Fee Reversal | Returned Item | | | $ 2.00 | | $ (47.86) | |
| US Bank 9931 | 3/15/2022 | Paper Statement Fee | Returned Item | | | | $ (2.00) | $ (49.86) | |
| US Bank 9931 | 4/13/2022 | Account Closed | Account Closed | | | $ 49.86 | | $ 0.00 | |
| US Bank 9931 | 6/24/2022 | HOM FURNITURE | Returned Item | | | $ 548.12 | | $ 548.12 | |
| US Bank 9931 | 6/24/2022 | HOM FURNITURE | Returned Item | | | | $ (548.12) | $ 0.00 | |