

U.S. Department of Justice
Federal Bureau of Investigation

In Reply, Please Refer to
46M-MP-3422045

1501 Freeway Boulevard
Brooklyn Center, MN 55430
3/4/2022

Minnesota Department of Vehicle Services
Attn: Records Unit
Fax: (651) 797-1244

To Whom It May Concern

For the vehicle VINs listed below, please provide the following information and copies of the Documents, including but not limited to: Title, Registration, Title transfers, historical vehicle records and payment information for any fees or documents paid by the owners.

| | | |
|---|---|---|
| 1V2UR2CA7KC548195 | 5N1AZ2CS8MC145760 | SAJWJ0EFXE8U12618 |
| 2T3N1RFV4MC247356 | 5NPEL4JA0LH020655 | SALWR2SU3LA725594 |
| 2T3P1RFV2LW112981 NKF | 5TDDKRFH2GS350010 | SALWV2SE2MA776221 |
| 3AKJGLDR0JDJN2162 | 5TDDZRFH9KS927507 | SALYK2FVXLA289018 |
| 4JGED6EBXJA125456 | 5TDFZRBH0MS151012 | WA1BNAFY9J2192158 |
| 4T1B61HK5KU166279 | 5TDJZRFH5KS930987 | WA1EVAF15MD032450 |
| 4T1BD1EB3GU049527 | 5UXCW2C04N9J70401 | WAUDNAF4XLN006640 |
| 5SSWF8EB5KU303182 | 5UXTY5C07M9H43773 | WBSJF0C59JB283099 |
| 5FNYF6H55KB099777 | 5YJ3E1EB6MF866839 | WP0AA2A79DL015044 |
| 5LM5J7XC0MGL14619 | 5YJXCBE4XGF000354 | |

Electronic format is preferred to lblackwell@fbi.gov. Please include a copy of the original cover letter.

Thank you for your assistance.

Sincerely,

Steven M Eppley
Supervisory Special Agent

You are requested not to disclose the existence of this request for an indefinite period of time. Any such disclosure could impede an ongoing criminal investigation and thereby interfere with the enforcement of the law.

GOVERNMENT EXHIBIT
S-56
22-cr-223 (NEB/DTS)

GOVERNMENT EXHIBIT
F
22-cr-223 (NEB / DTS)

TOTAL P.001

# MINNESOTA DEPARTMENT OF PUBLIC SAFETY



## Driver and Vehicle Services

445 Minnesota Street • Suite 161 • Saint Paul, Minnesota 55101
Drivers Services Phone: 651.296.2940 • Vehicle Services Phone: 651.297.2126
IRP/IFTA Phone: 651.205.4141 • TTY: 651.282.6555 • Website: dvs.dps.mn.gov



FEDERAL BUREAU OF INVESTIGATION
1501 FREEWAY BLVD
BROOKLYN CENTER MN 55430-1705

Date Issued: Apr. 08, 2022
Letter ID: L0033820702

## MOTOR VEHICLE RECORD SUMMARY
### Apr. 08, 2022 01:57 PM

### Vehicle Information

| | | | |
|---|---|---|---|
| **VIN** | **Year** | **Make** | **Model** |
| WP0AA2A79DL015044 | 2013 | Porsche | PAN |
| **Vehicle Type** | **Body Style** | **Vehicle Color** | **Fuel Type** |
| Passenger Vehicle | Sedan | Black | Gasoline |

**Base Value**
$81,425.00

### Address Information

**Residential Address**
13299 BRONZE PKWY ROSEMOUNT MN 55068-3699

**Mailing Address**

### Owner Information

| | | |
|---|---|---|
| **Entity Type** | **Owner Type** | **Name** |
| Individual | OWNER | BOCK, AIMEE MARIE |
| **Id Type** | **Id** | |
| MN Credential Number | M543115129512 | |

### Title Information

| | | |
|---|---|---|
| **Title Number** | **Title Status** | **Title Issued Date** |
| 18533316-1 | Issued | 08-Oct-2021 |
| **Title Type** | **Odometer Code** | **Odometer** |
| Original | Actual Mileage | 136000 |

**Title Brands**
None

---

Credential Number
Letter ID    L0033820702

1 of 2

### Registration Information

| Plate Number | PlateType | Use Type | Decal Sticker |
|---|---|---|---|
| GVH859 | Standard Passenger | Personal Use | Z3310214 |

| County Kept | Issued | Expiration Date | Cease Date |
|---|---|---|---|
| DAKOTA | 08-Oct-2021 | 31-Jul-2022 | 01-Aug-2022 |

### Insurance Information

| Agency | Policy Number | Policy Expiration |
|---|---|---|
| LIBERTY MUTUAL | AOV2436295774094 | 23-Dec-2021 |

# MINNESOTA DEPARTMENT OF PUBLIC SAFETY



## Driver and Vehicle Services

445 Minnesota Street • Suite 161 • Saint Paul, Minnesota 55101
Drivers Services Phone: 651.296.2940 • Vehicle Services Phone: 651.297.2126
IRP/IFTA Phone: 651.205.4141 • TTY: 651.282.6555 • Website: dvs.dps.mn.gov



FEDERAL BUREAU OF INVESTIGATION
1501 FREEWAY BLVD
BROOKLYN CENTER MN  55430-1705

**Date Issued:** Apr. 08, 2022
**Letter ID:** L0033853470

## MOTOR VEHICLE RECORD SUMMARY
### Apr. 08, 2022 01:57 PM

### Vehicle Information

| | | | |
|---|---|---|---|
| **VIN** | **Year** | **Make** | **Model** |
| WP0AA2A79DL015044 | 2013 | Porsche | PAN |
| **Vehicle Type** | **Body Style** | **Vehicle Color** | **Fuel Type** |
| Passenger Vehicle | Sedan | Black | Gasoline |

**Base Value**
$81,425.00

### Address Information

**Residential Address**
13299 BRONZE PKWY ROSEMOUNT MN 55068-3699

**Mailing Address**

### Owner Information

| | | |
|---|---|---|
| **Entity Type** | **Owner Type** | **Name** |
| Individual | OWNER | WATSON, EMPRESS MALCOLM JR |
| **Id Type** | **Id** | |
| MN Credential Number | F306036894809 | |

| | | |
|---|---|---|
| **Entity Type** | **Owner Type** | **Name** |
| Individual | OWNER | NGO, SARAH ANN |
| **Id Type** | **Id** | |

**Credential Number**
**Letter ID**   L0033853470

1 of 2

## Title Information

| | | | |
|---|---|---|---|
| **Title Number** | **Title Status** | **Title Issued Date** | **Title Cancelled Date** |
| 00W0VSW-1 | Replaced | 08-Jan-2020 | 08-Oct-2021 |
| **Title Type** | **Odometer Code** | **Odometer** | |
| Original | Actual Mileage | 66695 | |
| **Title Brands** | | | |
| None | | | |

## Registration Information

| | | | |
|---|---|---|---|
| **Plate Number** | **PlateType** | **Use Type** | **Decal Sticker** |
| BOSSDUP | Standard Passenger Personalized | Personal Use | BOSSDUP 04052021 |
| **County Kept** | **Issued** | **Expiration Date** | **Cease Date** |
| DAKOTA | 05-Apr-2021 | 31-Jul-2021 | 01-Aug-2021 |

| | | | |
|---|---|---|---|
| **Plate Number** | **PlateType** | **Use Type** | **Decal Sticker** |
| 00162549 | Temporary Registration | Personal Use | |
| **County Kept** | **Issued** | **Expiration Date** | **Cease Date** |
| DAKOTA | 11-Feb-2021 | 12-Apr-2021 | 13-Apr-2021 |

| | | | |
|---|---|---|---|
| **Plate Number** | **PlateType** | **Use Type** | **Decal Sticker** |
| 033MHA | Standard Passenger | Personal Use | 190715 033MHA |
| **County Kept** | **Issued** | **Expiration Date** | **Cease Date** |
| HENNEPIN | 06-Dec-2019 | 31-Jul-2020 | 01-Aug-2020 |

## Insurance Information

| | | |
|---|---|---|
| **Agency** | **Policy Number** | **Policy Expiration** |
| PROGRESSIVE INSURANCE GROUP | 929038133 | 16-Apr-2021 |

## Vehicle Notices

Commence Date: 10-Aug-2021 - Vehicle has been marked as sold

**Credential Number**
**Letter ID**    L0033853470

2 of 2

# MINNESOTA DEPARTMENT OF PUBLIC SAFETY



## Driver and Vehicle Services

445 Minnesota Street • Saint Paul, Minnesota 55101
Drivers Services Phone: 651.297.3298 • Vehicle Services Phone: 651.297.2126
IRP/IFTA Phone: 651.205.4141 • TTY: 651.282.6555 • Website: dvs.dps.mn.gov



Printed: Apr. 08, 2022
Letter ID: L0033809924

### RECEIPT

Transaction Date:   Oct. 08, 2021
Location:           Rosemount office - 14395 S Robert Trl Rosemount MN 55068

**Transactions for:** WP0AA2A79DL015044 - 2013 PORS PAN - GVH859 - Z3310214

| Item | Fee | Count | Amount |
|---|---|---|---|
| Registration Fees | Registration Tax | 1 | ▓▓▓ |
|  | Dakota Wheelage Tax | 1 | ▓▓▓ |
| Plate Fees | Standard Passenger Plate Fee | 1 | $15.50 |
| Title Fees | Public Safety Vehicle | 1 | $3.50 |
|  | Title Transfer Tax | 1 | ▓▓▓ |
|  | Title | 1 | $8.25 |
|  | Sales Tax | 1 | ▓▓▓ |
|  | Title Technology Surcharge | 1 | $2.25 |
|  | Late Title Transfer | 1 | $2.00 |
| Filing Fees | Filing Fee - Deputy Registrar | 2 | $22.00 |
| **Total** |  |  | **$812.50** |

| Payment | Payment Name | Detail | Tendered |
|---|---|---|---|
| Cash |  |  | $812.50 |
| **Total Paid** |  |  | **$812.50** |
|  |  | Total Amount Due: | $812.50 |
|  |  | Payment: | $812.50 |

This receipt does not reflect any applicable credit card transaction fees.

CERTIFICATION MUST FOLLOW Page 1 of 18

**DVS Plate** GVH859

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | MODEL/BODY | TITLE NUMBER |
|---|---|---|---|---|
| WP0AA2A79DL015044 | 13 | PORS | SD PAN | 0DW0VSW-1 |

| DATE ISSUED | ODOMETER | TAX BASE | CODE | PLATE NUMBER | CENTRAL OFFICE USE ONLY |
|---|---|---|---|---|---|
| 01/08/20 | 66695 | | 09 | 033MHA | |

EXP 07

FIRST SECURED PARTY   DOB 1ST
11/29/19              62380
                      13185

WELLS FARGO AUTO

PO BOX 997517
SACRAMENTO CA 95899-7517

TOTAL LIENS 1

OWNER
NGO SARAH ANN
WATSON EMPRESS MALCOLM JR

12205 WHITE OAK ST
PECULIAR MO 64078

PAID
OCT 08 2021
DEPUTY #96

**ASSIGNMENT BY SELLER (TRANSFEROR)**

FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. MINNESOTA LAW REQUIRES THAT YOU MAKE A DISCLOSURE ABOUT DAMAGE TO THE VEHICLE. A FALSE OR FRAUDULENT STATEMENT OF PURCHASE BY ANY PERSON IS A GROSS MISDEMEANOR OR FELONY.

ODOMETER DISCLOSURE STATEMENT. I (WE) CERTIFY THAT THE ODOMETER NOW
READS 136000 (NO TENTHS) MILES, AND TO THE BEST OF MY KNOWLEDGE THE ODOMETER MILEAGE.
☐ IS ACTUAL MILEAGE
☐ EXCEEDS MECHANICAL LIMITS OF ODOMETER
☐ IS NOT ACTUAL MILEAGE – WARNING ODOMETER DISCREPANCY

DAMAGE DISCLOSURE STATEMENT. TO THE BEST OF MY KNOWLEDGE, THIS VEHICLE: ☐ HAS  ☒ HAS NOT (CHECK ONE) SUSTAINED DAMAGE IN EXCESS OF 80 PERCENT ACTUAL CASH VALUE.

ASSIGNMENT: I (WE) CERTIFY THAT THIS VEHICLE IS FREE FROM ALL SECURITY INTERESTS, WARRANT TITLE, AND ASSIGN THE REGISTRATION TAX AND VEHICLE TO:

Sarah Ann Ngo
12205 White Oak St Peculiar MO 64078

DATE OF SALE: 07/15/21

**APPLICATION FOR TITLE BY BUYER (TRANSFEREE) MUST BE SUBMITTED WITHIN 10 DAYS (Please Print)**

| ADDEK | AIMEE | MARKE | 10/28/80 | MS43/161295/2 |

13299 BRONZE PKWY   ROSEMOUNT   DAKOTA   MN   55068

IS THIS VEHICLE SUBJECT TO SECURITY AGREEMENT(S)?  ☒ NO  ☐ YES

MINNESOTA DEPARTMENT OF PUBLIC SAFETY
DRIVER AND VEHICLE SERVICES DIVISION
445 MINNESOTA STREET, ST. PAUL, MINNESOTA 55101-5187
PHONE: 651-297-2126  TTY: 651-282-6555
dvs.dps.mn.gov

PS2700-19

KEEP IN A SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

CERTIFICATION MUST FOLLOW Page 2 of 18

CONTROL NUMBER: 11186916

FEDERAL AND STATE LAWS REQUIRE THAT YOU STATE THE MILEAGE IN CONNECTION WITH THE TRANSFER OF OWNERSHIP. MINNESOTA LAW REQUIRES THAT YOU MAKE A DISCLOSURE ABOUT DAMAGE TO THE VEHICLE. A FALSE OR FRAUDULENT STATEMENT OF PURCHASE BY ANY PERSON IS A GROSS MISDEMEANOR OR FELONY.

### SALES TAX DECLARATION AND FEES

| Field | Amount |
|---|---|
| FULL PURCHASE PRICE | $9000 |
| LESS TRADE-IN ALLOWANCE | |
| NET PURCHASE PRICE | |
| 6.5 % OF NET PURCHASE PRICE | |
| LESS TAX PAID TO ANOTHER STATE | |
| NET SALES TAX DUE | $ [redacted] |
| REGISTRATION TAX | $ [redacted] |
| PLATE FEE | 15.50 |
| ARREARS TAX | |
| Wheelage | 10.00 |
| Tech | 2.25 |
| PSV FEE | 3.50 |
| TRANSFER TAX | [redacted] |
| TITLE/TRANSFER FEE | 8.25 |
| SALES TAX | [redacted] |
| LATE TRANSFER PENALTY | 2.00 |
| SUBTOTAL | |
| STATE/DEPUTY FILING FEE | 22+800 |
| TOTAL DUE | $ 812.50 |

PAID OCT 08 2021 DEPUTY # 96

TRADE IN WAS A:
MODEL YEAR / MAKE / PLATE OR VEHICLE IDENTIFICATION NUMBER

Minnesota Dealer's License Number:
Minnesota Sales Tax Account Number:
Internal Revenue Code Number (IRC):
IRP Account Number:
If Leased, Lessee/MSOP Number:

I DECLARE THIS TAX EXEMPTION CODE:

AUTO INSURANCE COMPANY: Liberty   POLICY NO: ADV-343-6295 N/04   EXP. DATE: 12.23

**Certified Copy Same As Original**

### REASSIGNMENT BY LICENSED DEALER ONLY

I (WE) CERTIFY THAT THIS VEHICLE IS FREE FROM ALL SECURITY INTERESTS, WARRANT TITLE, AND ASSIGN THE REGISTRATION TAX AND VEHICLE TO (BUYER):

ODOMETER DISCLOSURE STATEMENT. I (WE) CERTIFY THAT THE ODOMETER NOW READS _____ (NO TENTHS) MILES AND TO THE BEST OF MY KNOWLEDGE THE ODOMETER MILEAGE:
☐ IS ACTUAL MILEAGE
☐ EXCEEDS MECHANICAL LIMITS OF ODOMETER
☐ IS NOT ACTUAL MILEAGE – WARNING ODOMETER DISCREPANCY

DAMAGE DISCLOSURE STATEMENT. TO THE BEST OF MY KNOWLEDGE, THIS VEHICLE:
☐ HAS   ☐ HAS NOT (CHECK ONE) SUSTAINED DAMAGE IN EXCESS OF 80 PERCENT ACTUAL CASH VALUE.

SELLER'S PRINTED NAME(S) | DATE OF SALE | BUYER'S PRINTED NAME(S)
SELLER'S ADDRESS | DEALER'S LICENSE # | BUYER'S ADDRESS
X SELLER'S SIGNATURE(S) | | X BUYER'S SIGNATURE(S)

ODOMETER DISCLOSURE STATEMENT. I (WE) CERTIFY THAT THE ODOMETER NOW READS _____ (NO TENTHS) MILES AND TO THE BEST OF MY KNOWLEDGE THE ODOMETER MILEAGE:
☐ IS ACTUAL MILEAGE
☐ EXCEEDS MECHANICAL LIMITS OF ODOMETER
☐ IS NOT ACTUAL MILEAGE – WARNING ODOMETER DISCREPANCY

DAMAGE DISCLOSURE STATEMENT. TO THE BEST OF MY KNOWLEDGE, THIS VEHICLE:
☐ HAS   ☐ HAS NOT (CHECK ONE) SUSTAINED DAMAGE IN EXCESS OF 80 PERCENT ACTUAL CASH VALUE.

SELLER'S PRINTED NAME(S) | DATE OF SALE | BUYER'S PRINTED NAME(S)
SELLER'S ADDRESS | DEALER'S LICENSE # | BUYER'S ADDRESS
X SELLER'S SIGNATURE(S) | | X BUYER'S SIGNATURE(S)

IMPORTANT – PLEASE READ: ALL INFORMATION COLLECTED THIS APPLICATION IS REQUIRED BY LAW AND IS USED TO IDENTIFY THE MOTOR VEHICLE. FAILURE TO PROVIDE REQUIRED INFORMATION MAY RESULT IN DENIAL OF THE REQUESTED ACTION. EXCEPT FOR CERTAIN USES PERMITTED BY FEDERAL AND STATE LAWS, PERSONAL INFORMATION CONTAINED IN YOUR APPLICATION MAY NOT BE DISCLOSED TO ANYONE WITHOUT YOUR EXPRESS CONSENT. YOU MAY EXPRESSLY CONSENT TO THE DISCLOSURE OF YOUR INFORMATION BY WRITING TO THE FOLLOWING ADDRESS:

MINNESOTA DEPARTMENT OF PUBLIC SAFETY
DRIVER AND VEHICLE SERVICES DIVISION
445 MINNESOTA STREET, ST. PAUL, MINNESOTA 55101-5187
PHONE: 651-297-2126   TTY: 651-282-6555
dvs.dps.mn.gov

# CERTIFICATION MUST FOLLOW Page 3 of 18

Minnesota Department of Public Safety
Driver and Vehicle Services
445 Minnesota St, St Paul, MN 55101
Web: dvs.dps.mn.gov   Phone: 651.297.2126
TTY for hearing impaired customers: 651.282.6555

Pre-Sorted
First-Class Mail
U.S. POSTAGE
PAID
Permit No. 171
Twin Cities MN

PS2701-09

## Notification of Lien Perfection

Retain this document — See reverse side of this form for removing this lien.

| Plate No. | Make | Title No. | VIN |
|---|---|---|---|
| 033MHA | PORS | 00W0VSW-1 | WP0AA2A79DL015044 |

| Model Yr. | Model | Security Date |
|---|---|---|
| 13 | SDPAN | 11/29/19 |

**LIEN HOLDER**
**1ST SECURED PARTY**

NGO SARAH LYNN
WATSON EMPRESS MALCOLM JR
12205 WHITE OAK ST
PECULIAR MO 64078

T13 P2   *******AUTO**5-DIGIT 95899
WELLS FARGO AUTO
PO BOX 997517
SACRAMENTO CA 95899-7517

**PAID**

OCT 08 2021

**DEPUTY # 96**

*Certified Copy* (watermark)