# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-223 (1) (NEB/DTS) |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| AIMEE MARIE BOCK, | |
| Defendant. | |

Based on the United States' Motion for a Preliminary Order of Forfeiture; on the Indictment; on the evidence admitted at trial in this matter; on the Jury's verdict of Guilty on Counts 1, 2, 4, 5, 12, 15, and 40 of the Indictment; on the Declaration of Pauline Roase; and on the Court having found that certain property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), the United States has established the requisite nexus between such property and the offenses to which the Defendant has been found guilty, IT IS HEREBY ORDERED THAT:

1. The United States' Motion for a Preliminary Order of Forfeiture (ECF No. 780) is GRANTED;

2. The following property is forfeited to the United States pursuant to 18 U.S.C. 18 U.S.C. 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c):

    a.     $3,506,066.80 seized from Bank of America account No. 374004673156, held in the name of Feeding Our Future DBA Teaching Our Future;

    b.     $6,347.85 seized from US Bank, account No. 104791224223, held in the name of Aimee Bock;

    c.     $179,455.87 seized from US Bank, account No. 204788895306, held in the name of Aimee Bock;

    d.     2013 Porsche Panamera, VIN: WP0AA2A79DL015044, registered to Aimee Bock;

    e.     $13,462.00 in U.S. Currency seized from Aimee Bock on January 20, 2022;

    f.     Miscellaneous electronics seized from 3055 Old Highway 8, St. Anthony, Minnesota, on January 20, 2022, as described in the attached Appendix;

    g.     Miscellaneous clothing, accessories and jewelry seized from 13299 Bronze Parkway, Rosemount, Minnesota (the residence of AIMEE BOCK), on January 20, 2022, as described in the attached Appendix; and

    h.     Miscellaneous electronics seized from 13299 Bronze Parkway, Rosemount, Minnesota (the residence of AIMEE BOCK), on January 20, 2022, as described in the attached Appendix.

3. A money judgment forfeiture is entered against Defendant Aimee Marie Bock pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) in the amount $5,241,522.79;

4. Defendant Bock shall receive a credit against the money judgment forfeiture for the net forfeited value of each asset that is forfeited from her in connection with this case;

5. Defendant Bock is ordered to forfeit, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(2)(C), any property, real or

   personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the fraud scheme and conspiracy alleged in Counts 1, 2, 4, 5, 12 of the Indictment;

6. Pursuant to Fed. R. Crim. P. 32.2(b)(3) and (c)(1)(B), and 21 U.S.C. § 853(m), the United States may conduct discovery as to Defendant Bock to identify property subject to forfeiture under the terms of this order and to address any factual issues raised by a third-party petition filed pursuant to Fed. R. Crim. P. 32.2(c);

7. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made a part of the sentence and included in the judgment; and

8. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated: December 30, 2025         BY THE COURT:

                   s/Nancy E. Brasel
                   Nancy E. Brasel
                   United States District Judge