# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABDINASIR MAHAMED ABSHIR,<br><br>Defendant. | **COURT MINUTES - CRIMINAL**<br><br>Case No: 22-cr-223 (10) (NEB/DTS)<br>Date: August 18, 2026<br>Courthouse: Minneapolis<br>Courtroom: 13W<br>Court Reporter: Renee Rogge<br>Time Commenced: 1:30 p.m.<br>Time Concluded: 2:00 p.m.<br>Time in Court: 30 minutes |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:
For Plaintiff: Rebecca Kline, Assistant U.S. Attorney
For Defendant: Craig Cascarano, Retained Attorney

☒ **Sentencing.**
☒ **Objections to the PSR were reviewed on the record.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Plea | BOP | SR |
|---|---|---|---|
| 13 | X | 78 months | 2 years |

☒ Special conditions of: **See J&C for special condition.**
☒ Restitution in the amount of $2,295,054 is due immediately.
☒ Special assessment in the amount of $100.00 due immediately.
☒ Counts 1, 7, 15, 27-28, 41, and 45 of the Indictment are dismissed on motion by the Government.
☒ Defendant is remanded to the custody of the USM.

Date: August 18, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel